JOHN C. WOODMANCY, Appellant, *v.* HIRAM WOODMANCY et al., Respondents.

*Woodmancy* v. *Woodmancy,* 113 App. Div. 890, affirmed.
(Argued April 24, 1908; decided May 26, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1906, affirming a judgment in favor of defendants entered upon the report of a referee in an action of partition.

*Frank C. Ferguson* and *Clair S. McGavern* for appellant.

*M. B. Jewell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting: CULLEN, Ch. J., WERNER and HISCOCK, JJ.